IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GERALD D. LEACH,** | 3:10-CV-01128-PK |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| **MICHAEL J. ASTRUE, Commissioner of Social Security,** | |
| Defendant. | |

Based on the Court's Order (#31) issued January 23, 2012, the Court hereby **REMANDS** this matter to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

DATED this 23rd day of January, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT OF REMAND